Claude L'Engle, Plaintiff in Error, v. The Metropolis Company, a corporation, Defendant in Error.

Filed January 20, 1916.

Writ of Error to Circuit Court, Duval County; Daniel A. Simmons, Judge.

Judgment affirmed.

*Thomas B. Adams,* for Plaintiff in Error;

*George C. Bedell,* for Defendant in Error.

---

John L. Inglis, Appellant, v. Duncan U. Fletcher, John Wurts, Patrick Bannon and Annie Mary Bannon and James G. Carter, Appellees.

Filed January 20, 1916.

Appeal from Circuit Court, Polk County; F. A. Whitney, Judge.

Decree affirmed.

*W. F. Himes* and *C. W. Stevens,* for Appellant;

*Hilburn & Bull,* for Appellees.